UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH HOANG** | * | CIVIL ACTION NUMBER: 2:23-CV-01068 |
| **VERSUS** | * | JUDGE JAMES D. CAIN JR. |
| **PNK (LAKE CHARLES), LLC D/B/A L'AUBERGE RESORTS AND ZURICH AMERICAN INSURANCE COMPANY** | * | MAG. JUDGE THOMAS P. LEBLANC |

## MOTION TO DISMISS

ON MOTION of all parties herein, it is respectfully requested that this action be dismissed with prejudice with defendants to pay all court costs.

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS, L.L.P.**

*s/Philip A. Fontenot, #16918*
**PHILIP A. FONTENOT, #16918**
**JAMI LACOUR ISHEE, #35872**
900 So. College Rd., Ste 100 (70503)
Lafayette, Louisiana 70502-2908
Telephone:     (337) 237-1660
Facsimile:     (337) 237-3676
Email: pfontenot@davidsonmeaux.com

*Attorneys for PNK (Lake Charles) LLC. And Zurich American Insurance Company*

**THE SIKICH LAWFIRM**

*s/Steve Sikich, #18026*
**STEVE SIKICH, #18026**
3434 Common Street, Suite A
Lake Charles, Louisiana 70607
Telephone: 337-721-8008
Facsimile: 337-721-8006
Email: ssikich@sikichlaw.com

*Attorney for Plaintiff*